AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-03-26

## RETURN OF SERVICE

DATE  1-30-03

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT)  Eddie M. Gonzolz    TITLE  Process Server

Check one box below to indicate appropriate method of service  1229,B Highway 100

☑ Served personally upon the defendant. Place where served:  Channel Rd, Port Isabel, TX 78578

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
JAN 31 2003
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/03  1:50 PM

Signature of Server  Eddie M. [signature]

Address of Server
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

United States District Court
Southern District of Texas
RECEIVED
JAN 31 2003
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.