*12*

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF<br>NC TWO, LP | COURT CASE NUMBER<br>B-03-26 |
|---|---|
| DEFENDANT<br>JULIE MARIE, INC. | TYPE OF PROCESS **(AMENDED)**<br>WARRANT OF ARREST |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V Julie Marie, her engines, nets, tackle, apparel, & furniture etc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Channel Rd., (PO Box 211) Port Isabel, Texas 78578

*United States District Court
Southern District of Texas
FILED*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street 6th Floor
Brownsville, TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

MAY 2 0 2004

*Michael N. Milby
Clerk of Court*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:
Fold                                                                                           Fold

Serve JULIE MARIE, INC. or person in charge of F/V JULIE MARIE at its offices
located in Port Isabel, Texas or where the vessel is located.

Coordinate arrest with Marine Salvage & Services, Inc. (William E. "Billy"
Kenon), telephone 943-2648, the appointed Substituted Custodian.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | XX PLAINTIFF<br>☐ DEFENDANT | (956) 541-5900 | 4/30/2004 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>**Mr. Billy Kenon** | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>5-6-04 | Time<br>13:51 pm |
| | Signature of U.S. Marshal or Deputy<br>*[signature]* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $180.00 | $16.88 | 11.20 | 208.08 | $5000.00 | | |

REMARKS:

Vessel turned over to Substitute Custodian (Billy Kenon)

2 deputies - 2 hrs - 45 miles round trip

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|