

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**



| | | |
|---|---|---|
| **WELLS FARGO BANK TEXAS, N.A.** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-03-026** |
| | § | |
| **JULIE MARIE, INC., ENRIQUETA H.** | § | |
| **BARRERA and the F/V JULIE MARIE,** | § | **IN ADMIRALTY** |
| her engines, nets, tackle, apparel, | § | |
| and furniture, etc., *in rem,* | § | |
| **Defendants** | § | |

**AGREED JUDGMENT**

On this day, the Court considered the proposed Agreed Judgment of

Plaintiff **NC TWO, LP,** successor in interest to WELLS FARGO BANK TEXAS,

N.A. and **JULIE MARIE, INC.** *in personam* and the **F/V JULIE MARIE**, her

engines, nets, tackle, apparel, and furniture, etc., *in rem.* After considering the

Court's file and the parties' request for entry of an Agreed Judgment, the Court

**FINDS** that Plaintiff, **NC TWO, LP,** successor in interest to WELLS

FARGO BANK TEXAS, N.A., has a claim against Defendants **JULIE MARIE,**

**INC.** *in personam* and the **F/V JULIE MARIE**, her engines, nets, tackle, apparel,

and furniture, etc., *in rem* under the October 26, 1993 promissory note and its

modification, renewals and enlargements dated February 18, 1999, June 4,

1999, and May 4, 2000, secured by a first preferred ship's mortgage, attorney's

fees and expenses for collection of the debt as provided in said mortgage and

note; and

**RENDERS** judgment, against Defendants, **JULIE MARIE, INC.** *in*

*personam* and the **F/V JULIE MARIE**, her engines, nets, tackle, apparel, and furniture, etc., *in rem*, and it is therefore:

ORDERED AND ADJUDGED that Plaintiff's claim is hereby established as a maritime lien against the Defendant Vessel, **F/V JULIE MARIE**.

ORDERED AND ADJUDGED that Plaintiff, **NC TWO, LP,** successor in interest to WELLS FARGO BANK TEXAS, N.A. recover of and from Defendants, **JULIE MARIE, INC.,** *in personam*, and Defendant Vessel **F/V JULIE MARIE**, *in rem*, the sum of $50,325.14 plus accrued interest in the amount of $17,482.05 through June 23, 2004 and such interest as may accrue thereafter until the date of this judgment at the rate of 18% [$25.16257 per day] until paid.

ORDERED AND ADJUDGED that Plaintiff, **NC TWO, LP,** successor in interest to WELLS FARGO BANK TEXAS, N.A. recover of and from Defendants, Defendants, **JULIE MARIE, INC.,** *in personam*, and Defendant Vessel **F/V JULIE MARIE**, *in rem*,  attorney's fees in the amount of $10,171.08 and expenses in the amount of $5.78.

ORDERED AND ADJUDGED that Plaintiff, **NC TWO, LP,** successor in interest to WELLS FARGO BANK TEXAS, N.A., recover of and from Defendants, Defendants, **JULIE MARIE, INC.,** *in personam*, and Defendant Vessel **F/V JULIE MARIE**, *in rem*, costs of court.

ORDERED AND ADJUDGED that Plaintiff recover post judgment interest of 18% per annum on the judgment amount until fully satisfied.

ORDERED AND ADJUDGED that execution on this judgment issue.

ORDERED AND ADJUDGED that the **F/V JULIE MARIE**, her engine,

tackle, apparel, *etc.*, and all other necessaries belonging and appertaining thereto, currently under arrest within the jurisdiction of this Court, are hereby condemned and are to be sold in execution by the United States Marshal, and the proceeds, after payment of the Marshal's fee and expenses, be paid to Plaintiff toward satisfaction of the judgment, and the amount in excess of the judgment, if any, be paid to Defendant, **JULIE MARIE, INC**.

**ORDERED AND ADJUDGED** that the funds on deposit with the U. S. Marshal be returned to Plaintiff **NC TWO, LP**, successor in interest to WELLS FARGO BANK TEXAS, N.A., in the sum of $5,000.00 less costs paid or owed to the U. S. Marshal, if any.

SIGNED on _J-Y 2O_ , 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By:_____
T. Mark Blakemore
Federal ID No. 1915 • State Bar No. 02431800

Attorneys for **NC TWO, LP**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone • (956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

**JULIE MARIE, INC.**

By:_____
ENRIQUETA H. BARRERA, President