bidder, was not required to deposit funds as the amount of its bid, less costs of sale, will be credited against the judgment.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1. the sale of the defendant vessel be confirmed;

2. the judgment amount be offset by $12,000.00 less costs of the sale;

3. the Marshal release and deliver the defendant vessel to NC TWO, LP;

4. the Clerk deliver a certified copy of the Order Confirming Sale and Bill of Costs to the U.S. Marshal within three business days after the entry of this order;

5. the Marshal execute and deliver a bill of sale for F/V JULIE MARIE to NC TWO, LP extinguishing all prior liens and encumbrances within five business days after the entry of this order; and

6. the Marshal otherwise follow the orders contained in the Default Judgment of the Court dated July 21, 2004.

SIGNED on the 13th day of August, 2004.

Respectfully Submitted,

T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-telephone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-026 |
| | § | |
| JULIE MARIE, INC., ENRIQUETA H. | § | |
| BARRERA and the F/V JULIE MARIE, | § | |
| her engines, nets, tackle, apparel, | § | IN ADMIRALTY |
| and furniture, etc., *in rem*, | § | |
|    Defendants | § | |

## MOTION TO CONFIRM SALE OF F/V JULIE MARIE

COMES NOW NC TWO, LP, Plaintiff and successor-in-interest to Wells Fargo Bank Texas, NA, by its attorneys, and moves the Court for an order confirming sale by the United States Marshal for this District of the defendant F/V JULIE MARIE to NC TWO, LP, and respectfully shows to the Court as follows:

That on July 21, 2004, this Court duly entered a Default Judgment in this proceeding that ordered the defendant F/V JULIE MARIE be sold in execution by the United States Marshal. That pursuant to said order, a notice of sale was published in a manner prescribed by law for a period of four days.

That the sale of said vessel was duly and regularly conducted by the United States Marshal for this District on August 13, 2004 in Room 104 of the United States Courthouse at 600 East Harrison Street, Brownsville, Texas at 10:00 o'clock a.m. All bidders registered with the Marshal before the sale. There were three bidders and the highest bid was $12,000.00. NC TWO, LP, the Judgment Plaintiff and successful