16

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NC TWO LP | B-03-026 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JULIE MARIE INC | PUBLICATION-NOTICE OF SALE |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V JULIE MARIE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

United States District Court
Southern District of Texas
FILED
AUG 19 2004
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE STREET FL 6
BROWNSVILLE TX 78520-5101

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service).

Publish the following four days: August 7, 8, 10 & 11, 2004.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (956) 541-5900
DATE 7/30/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 3.00 | | | | |

Date of Service: 8-5-04
Time: 9:37 am

REMARKS: notice submitted to Browns. Herald to be published on dates mentioned above.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|