IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC TWO, LP,<br>　　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-03-026 |
| JULIE MARIE, INC., and the<br>F/V JULIE MARIE, her engines, nets,<br>tackle, apparel, and furniture, etc.,<br>in rem,<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§ | IN ADMIRALTY |

## ORDER CONFIRMING SALE OF F/V JULIE MARIE

The defendant vessel **F/V JULIE MARIE** having been sold by the Marshal to **NC TWO, LP**, upon its bid of TWELVE THOUSAND DOLLARS ($12,000.00), and it being shown to the Court that the sale was made in conformity with the Judgment heretofore made and entered in this action, and in conformity with the rules of this Court, and that **NC TWO, LP** was not required to deposit funds as the amount of its bid will be credited against the judgment, less the United States Marshal's commission on the sale, and expenses of sale, pending confirmation of sale, it is now

ORDERED:

1. That the sale of the defendant vessel **F/V JULIE MARIE**, Official No. 537957, to **NC TWO, LP** upon its bid of TWELVE THOUSAND AND NO/100 ($12,000.00) DOLLARS be and the same is hereby CONFIRMED;

2. That the Marshal release and deliver the defendant vessel, **F/V JULIE MARIE** to **NC TWO, LP**;

3. That the Clerk deliver a certified copy of this Order and Bill of Costs to the U. S. Marshal within three business days after the entry of this order;

4. That the Marshal execute and deliver its bill of sale for **F/V JULIE MARIE** free and clear of all liens and encumbrances to **NC TWO, LP** within five business days after the entry of this order; and

5. That the Marshal otherwise follow the orders set forth in this Court's Judgment of July 21, 2004.

SIGNED on the _19th_ day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED BY:

_____
T. Mark Blakemore
State Bar No. 02431800–Fed ID#1915

Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
Telephone: (956) 541-5900
Facsimile: (956) 541-5905

**Attorney for the Plaintiff**
**NC TWO, LP**